**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EDWARD WEST and PAMELA WEST,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-4245** |
| | § | |
| **DOVENMUEHLE** | § | |
| **MORTGAGE, INC. and LNV** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Plaintiffs Edward West and Pamela West ("Plaintiffs") and Defendant Dovenmuehle Mortgage, Inc. ("Defendant", and together with Plaintiffs, "the Parties")) file this Joint Stipulation of Dismissal with Prejudice, and show as follows:

**I.**

The Parties have reached an agreement for Plaintiffs to dismiss their claims against Defendant with prejudice.  As such, in accordance with their agreement, the Parties respectfully request that the Court sign an order:

1.      that this Joint Stipulation of Dismissal is granted;

2.      that all of Plaintiffs' claims in this Action against Defendant are dismissed with prejudice to the re-filing of same; and

3.      that Defendant's costs and attorneys fees be charged to the subject loan.

The foregoing is stipulated by the Parties as indicated below.

Respectfully submitted,

By: _/s/ Mark D. Cronenwett_____
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
*Attorneys for Defendant Dovenmuehle*
*Mortgage, Inc.*

and

By: _/s/ Brandy M. Alexander with permission by_
_Mark D. Cronenwett_____
    **BRANDY M. ALEXANDER**
    Texas Bar No. 24108421
    brandyalexander@alexanderpllc.com

**ALEXANDER LAW, PLLC**
2502 La Branch St.
Houston, Texas 77004
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 30, 2023, a true and correct copy of the foregoing was delivered to the following via ECF Notification:

Brandy M. Alexander
Alexander Law, PLLC
2502 La Branch St.
Houston, TX 77004

       _/s/ Mark D. Cronenwett__
       **MARK D. CRONENWETT**